## United States Bankruptcy Court
## District of Maryland

**IN RE:**                                         Case No. _____

**Boyd, Jeffrey K. & Jenkins-Boyd, Shirley A.**        Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Wells Fargo Bank, N.A.**<br>PO Box 31557<br>Billings, MT 59107-1557 | | | | **201,771.79**<br>**Collateral:**<br>**655,000.00**<br>**Unsecured:**<br>**201,771.79** |
| **American Home Mortgage Servicing Inc.**<br>PO Box 631730<br>Irving, TX 75063-1730 | Moss Godilis, LLP<br>6560 Greenwood Plaza Boulevard,<br>Ste 100<br>Englewood, CO 80111-7100<br>(866) 612-3730 | | | **439,202.76**<br>**Collateral:**<br>**270,000.00**<br>**Unsecured:**<br>**169,202.76** |
| **Wells Fargo Bank, N.A.**<br>PO Box 54180<br>Los Angeles, CA 90054-0180 | | | | **192,208.22**<br>**Collateral:**<br>**390,000.00**<br>**Unsecured:**<br>**130,285.88** |
| **Specialized Loan Servicing, LLC**<br>8742 Lucent Blvd Ste 300<br>Highlands Ranch, CO 80129-2386 | | | | **103,799.67**<br>**Collateral:**<br>**330,000.00**<br>**Unsecured:**<br>**103,799.67** |
| **SunTrust Mortgage, Inc.**<br>P.O. Box 79041<br>Baltimore, MD 21279-0041 | | | | **755,764.63**<br>**Collateral:**<br>**655,000.00**<br>**Unsecured:**<br>**100,764.63** |
| **Bank of America**<br>PO Box 15222<br>Wilmington, DE 19886-5222 | | | | **414,653.75**<br>**Collateral:**<br>**330,000.00**<br>**Unsecured:**<br>**93,883.75** |
| **Chase**<br>PO Box 100576<br>Florence, SC 29502-0576 | Atlantic Law Group<br>512 East Market Street<br>Georgetown, DE 19947 | | | **436,554.69**<br>**Collateral:**<br>**369,000.00**<br>**Unsecured:**<br>**68,748.19** |
| **Chase**<br>PO Box 78035<br>Phoenix, AZ 85062-8035 | | | | **49,381.79**<br>**Collateral:**<br>**369,000.00**<br>**Unsecured:**<br>**49,381.79** |
| **Chase**<br>PO Box 15153<br>Wilmington, DE 19886 | | | | **22,790.65** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Discover Card**<br>Po Box 30943<br>Salt Lake City, UT  84130 | **Capital Management Services, LP**<br>726 Exchange Street, Suite 700<br>Buffalo, NY  14210 | 15,264.14 |
| **Wells Fargo Bank, N.A.**<br>PO Box 10347<br>Des Moines, IA  50306 | **Northland Group**<br>P.O. Box 390905<br>Minneapolis, MN  55439 | 12,462.90 |
| **Navy Federal Credit Union**<br>P.O. Box 3000<br>Merrifield, VA  22119-3305 | | 18,421.65<br>Collateral:<br>6,975.00<br>Unsecured:<br>11,446.65 |
| **Home Depot Credit Services**<br>P.O. Box 653000<br>Dallas, TX  75265-3000 | | 10,367.58 |
| **The Great Indoors Gold Master Card**<br>P.O. Box 6282<br>Sioux Falls, SD  57117-6282 | | 6,880.98 |
| **Robert Bright**<br>5900 Brooke Jane Dr<br>Clinton, MD  20735-4114 | | 3,000.00 |
| **Sabrina Booker**<br>5806 Brooke Jane Dr<br>Clinton, MD  20735-4221 | | 2,434.00 |
| **Internal Revenue Service**<br>Philadelphia, PA  19154 | | 2,400.00 |
| **Nakeisha Williams**<br>8106 Driscoll Drive<br>Bowie, MD  20720 | | 1,700.00 |
| **SunTrust Bank**<br>P.O. Box 79282<br>Baltimore, MD  21279-0282 | | 1,596.60 |
| **Kevin Millard**<br>1402 Northern Lights Dr<br>Upper Marlboro, MD  20774-6095 | | 1,250.00 |

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 18, 2010**   Signature of Debtor  ***/s/ Jeffrey K. Boyd***

Jeffrey K. Boyd

Date: **June 18, 2010**   Signature of Joint Debtor (if any)  ***/s/ Shirley A. Jenkins-Boyd***

Shirley A. Jenkins-Boyd

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only