Entered: April 9th, 2019
Signed: April 9th, 2019

**SO ORDERED**

UPON COMPLETION OF ALL PAYMENTS UNDER THE PLAN, DEBTORS SHALL FILE A MOTION TO REOPEN THE CASE AND FILE THE FINAL REPORT AND ACCOUNTING TO OBTAIN A DISCHARGE.



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | * |
| | * |
| Jeffrey K. Boyd | *   Case No. 10-23798-WL |
| | *   (Chapter 11) |
| Shirley A. Jenkins-Boyd | * |
| | * |
| Debtors | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING DEBTOR'S MOTION TO ADMINISTRATIVELY CLOSE INDIVIDUAL CHAPTER 11 CASE**

Having considered Debtors' Motion to Administratively Close the above referenced Individual Chapter 11 case, and any response filed thereto, and it appearing good cause exists, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this case be administratively closed without entry of a discharge.

cc:
Office of the U. S. Trustee – Baltimore
Tate M. Russack, Debtors' Counsel

**END OF ORDER**