United States Bankruptcy Court
District of Maryland

In re:                                                          Case No. 10-23798-WIL
Jeffrey K. Boyd                                                 Chapter 11
Shirley A. Jenkins-Boyd
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0416-0          User: cadams          Page 1 of 1          Date Rcvd: Apr 09, 2019
                             Form ID: pdfparty      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db/db         Jeffrey K. Boyd,    Shirley A. Jenkins-Boyd,    PO Box 4408,    Capitol Heights, MD  20791-4408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: ustpregion04.gb.ecf@usdoj.gov Apr 09 2019 20:39:32      U.S. Trustee - Greenbelt,
              6305 Ivy Lane, Suite 600,    Greenbelt, MD 20770-6305
                                                                                   TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
              Adam M Lynn    alynn@milesstockbridge.com,   dwalker@mdswlaw.com
              Christina M. Williamson   christina.williamson@bww-law.com,  bankruptcy@bww-law.com
              Gene Jung    gene.jung@brockandscott.com,  mdecf@brockandscott.com,wbecf@brockandscott.com,
               cecily.perry@brockandscott.com
              Jeanne M. ~t^1Crouse    Jeanne.M.Crouse@usdoj.gov
              Jessica Leigh Harrington   jesharr@yahoo.com
              John Douglas Burns    info@burnsbankruptcyfirm.com,  burnslaw3@gmail.com,burnslaw6@gmail.com,
               notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com
              Kathryn Ellen Smits   ksmits@orlans.com,  ANHSOrlans@InfoEx.com
              Kevin R. Feig   kevinfeig@aol.com,bankruptcy@bww-law.com,  bankruptcy@bww-law.com
              Kevin R. ^t^1Feig   kevin.feig@bgw-llc.com,  bankruptcy@bgw-llc.com
              Kevin R. ^t^2Feig   kevin.feig@bgw-llc.com,  bankruptcy@bgw-llc.com,Liam.Gannon@bgw-llc.com
              Kevin R. ^t^5Feig   kevin.feig@bgw-llc.com,  bankruptcy@bgw-llc.com
              Kristine D Brown   ecf@logs.com
              Leah Christina Freedman    bankruptcy@bww-law.com,  leah.freedman@bww-law.com
              Linda S. Mericle    lmericle@cameronmericle.com,  cfranks@cameronmericle.com
              Lynn A. Kohen    lynn.a.kohen@usdoj.gov
              M. Evan Meyers   bdept@mrrlaw.net
              M. Evan ^t^1Meyers   bdept@mrrlaw.net
              Malcolm Brooks Savage   ecf@logs.com
              Tate Russack    tate@russack.net,  cami@russack.net,kt@russack.net,georgerolesesquire@gmail.com,
               lori@rlcfirm.com,russacktr78446@notify.bestcase.com
              US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
              William M. Savage   ecf@logs.com,  bsavage@logs.com
                                                                                   TOTAL: 21

Entered: April 9th, 2019
Signed: April 9th, 2019

**SO ORDERED**

UPON COMPLETION OF ALL PAYMENTS UNDER THE PLAN, DEBTORS
SHALL FILE A MOTION TO REOPEN THE CASE AND FILE THE FINAL
REPORT AND ACCOUNTING TO OBTAIN A DISCHARGE.



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Jeffrey K. Boyd | * | Case No. 10-23798-WL |
| | * | (Chapter 11) |
| Shirley A. Jenkins-Boyd | * | |
| | * | |
| Debtors | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER  GRANTING DEBTOR'S MOTION TO ADMINISTRATIVELY CLOSE
### INDIVIDUAL CHAPTER 11 CASE

Having considered Debtors' Motion to Administratively Close the above
referenced Individual Chapter 11 case, and any response filed thereto, and it
appearing good cause exists, it is by the United States Bankruptcy Court for the
District of Maryland,

ORDERED, that this case be administratively closed without entry of a
discharge.

cc:
Office of the U. S. Trustee – Baltimore
Tate M. Russack, Debtors' Counsel

### END OF ORDER